```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 07 B 02154
   MANUEL MENA FLORES
   MELISSA ANN FLORES                           CHAPTER 13

                                                JUDGE: JOHN H SQUIRES

        Debtor
   SSN XXX-XX-8943     SSN XXX-XX-3325

------------------------------------------------------------------------
                TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
      Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 02/07/07 and confirmed on 04/27/07.

   2.  The case was dismissed after confirmation, 06/27/2008.

   3.  The Debtor paid a total of $   4772.00 .

   4.  The Trustee made disbursements to creditors as follows:


------------------------------------------------------------------------
CREDITOR NAME            CLASS            CLAIM AMOUNT    INTEREST     PRINCIPAL
                                                           PAID         PAID
------------------------------------------------------------------------
COUNTRYWIDE FINANCIAL    CURRENT MORTG          .00            .00          .00
HFC/BENEFICIAL           SECURED                .00            .00          .00
CITIFINANCIAL AUTO       SECURED VEHIC     6380.00         196.27      1001.34
DUPAGE COUNTY COLLECTOR  SECURED           2136.00            .00      1780.00
ASPIRE VISA              UNSECURED       NOT FILED            .00          .00
NCO FINANCIAL            UNSECURED       NOT FILED            .00          .00
CENTRAL DUPAGE HOSPITAL  UNSECURED       NOT FILED            .00          .00
DUPAGE OBSTETRIC & GYNEC UNSECURED       NOT FILED            .00          .00
DUPAGE SURGICAL CONSULTA UNSECURED       NOT FILED            .00          .00
AAFES                    UNSECURED         2995.65            .00          .00
PREMIER BANKCARD/CHARTER UNSECURED          365.63            .00          .00
NICOR GAS                UNSECURED          713.60            .00          .00
STRATFORD ORTHOPEDICS &  UNSECURED       NOT FILED            .00          .00
WASHINGTON MUTUAL CARD S UNSECURED       NOT FILED            .00          .00
WOODRIDGE CLINIC         UNSECURED       NOT FILED            .00          .00
WOW INTERNET & CABLE     UNSECURED       NOT FILED            .00          .00
COUNTRYWIDE FINANCIAL    MORTGAGE ARRE      365.17            .00       365.17
HFC/BENEFICIAL           MORTGAGE ARRE     7981.73            .00       524.18
CITIFINANCIAL AUTO       UNSECURED         3337.32            .00          .00

CREDITOR NAME            CLASS            CLAIM AMOUNT    INTEREST     PRINCIPAL
                                                           PAID         PAID
------------------------------------------------------------------------
     Summary of disbursements:
------------------------------------------------------------------------
                  SECURED      PRIORITY    UNSECURED       OTHER        TOTAL
------------------------------------------------------------------------
TOTAL CLMS ALLOWED  16862.90        .00      7412.20         .00     24275.10
PRINCIPAL PAID       3670.69        .00          .00         .00      3670.69
INTEREST PAID         196.27        .00          .00         .00       196.27
TOTAL PAID           3866.96        .00          .00         .00      3866.96
```

The Debtor's attorney, STEVEN H MEVORAH & ASSOC      , was allowed $   4347.50 and was paid $   1750.00   direct and $    750.00   through the plan.

The Trustee received $    155.04 .

Refunds to the Debtor totaled $       .00 .

   Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 09/10/08                  /S/
                                 GLENN STEARNS
                                 CHAPTER 13 TRUSTEE